RECEIVED
JUL 2 3 2014
7-23-14
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

United States District Court of Northern Illinois

| | | |
|---|---|---|
| Kimberly Jessica Roy | ] | |
| v. | ] | Case No. |
| Gwinnett County Detention Center | ] | 1:14-cv-05646 |
| Lawrenceville, GA | ] | Judge Amy J. St. Eve |
| | | Magistrate Judge Sheila M. Finnegan |

## Complaint

The plaintiff hereby states the Gwinnett County Detention Center on numerous occasions violated the civil rights of the plaintiff. First, the plaintiff was given no medical treatment for about the first week. The plaintiff suffers from a variety of aliments which require a doctor's care. The plaintiff was several injured by two assaults but, never received immediate medical care for either resulting in permanent injuries and disfigurement. The plaintiff suffers from constant pain and mishealed broken bones. The plaintiff was never given a critical medication due to cost. Without this medication it lead to mental confusion and may have prompted an erromous guilty plea. For no misbehavior related reason the plaintiff spent five weeks in the "hole" in maximum security. The plaintiff humbly asks for relief in the amount of $12,000,000.

Kimberly Jessica Roy
8910 South Wallace
Chicago, IL 60620