IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY JESSICA ROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14 C 5646 |
| v. ) | |
| ) | Judge Amy St. Eve |
| ) | |
| GWINNETT COUNTY, GEORGIA, ) | |
| DETENTION CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court denies pro se Plaintiff's motion to proceed in forma pauperis [4] and motion for attorney representation [5]. The Court dismisses this lawsuit in its entirety. Civil case terminated.

**STATEMENT**

On July 23, 2014, pro se Plaintiff Kimberly Jessica Roy filed the present Complaint against Defendant Gwinnett County, Georgia, Detention Center. In addition, pro se Plaintiff seeks to proceed in forma pauperis in lieu of paying the $400 filing fee and brings a motion for attorney representation. *See* 28 U.S.C. § 1915(a)(1). After screening pro se Plaintiff's allegations, the Court dismisses this lawsuit in its entirety and denies Plaintiff's motions because Plaintiff filed this exact lawsuit in case number 14 C 5375 and Judge Pallmeyer dismissed Plaintiff's earlier-filed lawsuit for lack of jurisdiction.

**Dated:** July 24, 2014

**AMY J. ST. EVE**
**United States District Court Judge**